IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| J.B., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:20-CV-04001-LMM |
| RED LION HOTELS CORPORATION, ) | |
| d/b/a RLH Corp.; S.H.D., INC.; ) | |
| VAD PROPERTY ) | |
| MANAGEMENT, LLC; and ) | |
| HAMENT DESAI, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED ANONYMOUSLY

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Anonymously. The Court finds that J.B.'s privacy and safety interests outweigh the public's interest in knowing J.B.'s identity.

Therefore, Plaintiff's motion is GRANTED. The Court hereby ORDERS that all material, documents, pleadings, exhibits and evidence of any kind filed in this case shall refer to Plaintiff as J.B., with no other additional identifying information.

The Court enters this order without first hearing from Defendants in response. If Defendants oppose this motion, they may file a motion with the Court to lift this order.

SO ORDERED this <u>29th</u> day of <u>September</u>, 2020.

                                                                              _____
                                                      UNITED STATES DISTRICT COURT JUDGE